Case 1:07-cv-02166-RMU    Document 5    Filed 12/31/2007    Page 1 of 2

1:07CV2166 RMU

Received
Mail Room

DEC 31 2007

Nancy Mayer Whittington, Clerk
US District Court, District of Columbia

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BARRY ROBERTSON
AMERICAN AIRLINES, INC.
4333 AMON CARTER BLVD.
FT. WORTH, TX.
76155

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): S. Beam
B. Date of Delivery: 12-17-07
C. Signature: X Shawn Beam
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)
7000 1670 0005 4448 1739

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

KURT STACHE, PRESIDENT OF
AADVANTAGE MARKETING PROGRAM
AMERICAN AIRLINES, INC.
4333 AMON CARTER BLVD.
FT. WORTH, TX.
76155

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): S. Beam
B. Date of Delivery: 12-17-07
C. Signature: X Shawn Beam
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)
7000 1670 0005 4448 1708

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

AMERICAN AIRLINES, INC.
4333 AMON CARTER BLVD
FT. WORTH, TX.
76155

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): S. Beam
B. Date of Delivery: 12-17-07
C. Signature: X Shawn Beam
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)
7000 1670 0005 4448 1784

Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

AMR CORPORATION
4333 AMON CARTER BLVD
FT. WORTH, TX
76155

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): S. Beam
B. Date of Delivery: 12-17-07
C. Signature: X Shawn Beam
☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)
7000 1670 0005 4448 1746

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

AMR EAGLE HOLDING CORP
4333 AMON CARTER BLVD.
FT. WORTH, TX.
76155

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): S. Beam
B. Date of Delivery: 12-17-07
C. Signature: X Shawn Beam
☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)
7000 1670 0005 4448 1722

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

LISA NORRIS
AMERICAN AIRLINES, INC
4333 AMON CARTER BLVD
FT. WORTH, TX.
76155

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): S. Beam
B. Date of Delivery: 12-17-07
C. Signature: X Shawn Beam
☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)
7000 1670 0005 4448 1715

PS Form 3811, July 1999   Domestic Return Receipt   102595-99-M-1789