IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IVAN FICKEN, CIPRIAN IVANOF, and ISAIA IVANOF,<br><br>    *Plaintiffs*,<br><br>v.<br><br>AMR CORPORATION, AMERICAN AIRLINES, INC., AMR EAGLE HOLDING CORPORATION, and KURT STACHE, each of whom has the address of 4333 Amon Carter Blvd., Fort Worth, Texas 76155, and BARRY ROBERTSON and LISA NORRIS,<br><br>    *Defendants*. | No. 1:07cv02166 (RMU)<br><br>CONSENT MOTION<br>FOR EXTENSION OF TIME |

**CONSENT MOTION FOR EXTENSION OF TIME**

Defendants AMR Corporation, American Airlines, Inc., AMR Eagle Holding Corporation, and Kurt Stache[1] respectfully request an extension of time within which to respond to Plaintiffs' Complaint and Jury Demand pursuant to Federal Rule of Civil Procedure 6(b)(1)(A). Due to the length and complexity of Plaintiffs' fifty-eight page complaint and thirty page attachment, as well as the service of the complaint on December 17, at the beginning of the holiday season, Defendants need an extension of time in order to formulate a complete and thorough response. This is the first request for such an extension.

---

[1] Counsel for these listed Defendants do not represent Barry Robertson or Lisa Norris, and have no authority to take any legal action on their behalf. The listed Defendants are unaware of whether Barry Robertson or Lisa Norris have been served with Plaintiffs' summons and complaint.

2

    In a telephone conversation on January 2, 2007, Plaintiff Ivan Ficken consented to an extension of two weeks, from Monday, January 7, 2008, until Monday, January 21, 2008. A proposed order is attached.

Dated: January 3, 2008                              Respectfully submitted,

                                                              /s/ Wayne A. Schrader
                                            Wayne A. Schrader (D.C. Bar No. 361111)
                                            GIBSON, DUNN & CRUTCHER LLP
                                            1050 Connecticut Avenue, N.W.
                                            Washington, D.C. 20036
                                            Telephone: (202) 955-8556
                                            Facsimile: (202) 530-9592

                                            *Counsel for Defendants*
                                            AMR CORPORATION,
                                            AMERICAN AIRLINES, INC.,
                                            AMR EAGLE HOLDING CORPORATION, and
                                            KURT STACHE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IVAN FICKEN, CIPRIAN IVANOF, and ISAIA IVANOF,<br><br>      *Plaintiffs*,<br><br>v.<br><br>AMR CORPORATION, AMERICAN AIRLINES, INC., AMR EAGLE HOLDING CORPORATION, and KURT STACHE, each of whom has the address of 4333 Amon Carter Blvd., Fort Worth, Texas 76155, and BARRY ROBERTSON and LISA NORRIS,<br><br>      *Defendants*. | No. 1:07cv02166 (RMU)<br><br><br><br>ORDER FOR EXTENSION OF TIME |

## [PROPOSED] ORDER

The Court hereby GRANTS the Consent Motion for Extension of Time and ORDERS that Defendants shall file their response on or before January 21, 2008.

IT IS SO ORDERED on this ____ day of January, 2008.

_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IVAN FICKEN, CIPRIAN IVANOF, and ISAIA IVANOF,<br><br>*Plaintiffs*,<br><br>v.<br><br>AMR CORPORATION, AMERICAN AIRLINES, INC., AMR EAGLE HOLDING CORPORATION, and KURT STACHE, each of whom has the address of 4333 Amon Carter Blvd., Fort Worth, Texas 76155, and BARRY ROBERTSON and LISA NORRIS,<br><br>*Defendants*. | No. 1:07cv02166 (RMU)<br><br>LCVR 7.1 CERTIFICATE |

## LCvR 7.1 Certificate

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for AMR Corporation, American Airlines, Inc., AMR Eagle Holding Corporation, and Kurt Stache, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of AMR Corporation, American Airlines, Inc., AMR Eagle Holding Corporation, or Kurt Stache, which have or may have any outstanding securities in the hands of the public:

| Parent Company, Subsidiary, or Affiliate | Jurisdiction of Incorporation |
|---|---|
| AMR Corporation | Delaware |
| American Airlines, Inc. | Delaware |
| AA 2002 Class C Certificate Corporation | Delaware |

| | |
|---|---|
| AA 2002 Class D Certificate Corporation | Delaware |
| AA 2003-1 Class C Certificate Corporation | Delaware |
| AA 2003-1 Class D Certificate Corporation | Delaware |
| AA 2004-1 Class B Note Corporation | Delaware |
| AA 2005-1 Class C Note Corporation | Delaware |
| AA Real Estate Holding GP LLC | Delaware |
| AA Real Estate Holding LP | Delaware |
| Admirals Club, Inc. | Massachusetts |
| AEROSAN S.A. | Chile |
| AEROSAN Airport Services S.A. | Chile |
| American Airlines de Mexico, S.A. | Mexico |
| American Airlines de Venezuela, S.A. | Venezuela |
| American Airlines Marketing Services LLC | Virginia |
| American Airlines Realty (NYC) Holdings, Inc. | New York |
| American Airlines Vacations LLC | Delaware |
| American Aviation Supply LLC | Delaware |
| Packcall Limited | United Kingdom |
| Reno Air, Inc. | Delaware |
| Texas Aero Engine Services, L.L.C, dba TAESL | Delaware |
| American Beacon Advisors, Inc. | Delaware |
| American Private Equity Management, LLC | Delaware |
| Americas Ground Services, Inc. | Delaware |
| Aerodespachos Colombia, S.A. AERCOL S.A. | Colombia |

3

| | |
|---|---|
| Caribbean Dispatch Services, Ltd. | St. Lucia |
| Dispatch Services 93, S.A. | Venezuela |
| American Airlines, Division de Servicios Aeroportuarios (R.D.), S.A. (DSA) | Dominican Republic |
| International Ground Services, S.A. de C.V. | Mexico |
| Servicio de Despacho, S.A. (Panama Dispatch Services Inc.) | Panama |
| Peru Dispatch S.A. | Peru |
| AMR Eagle Holding Corporation | Delaware |
| American Eagle Airlines, Inc. | Delaware |
| AMR Leasing Corporation | Delaware |
| Business Express Airlines, Inc. | Delaware |
| Eagle Aviation Services, Inc. | Delaware |
| Executive Airlines, Inc. | Delaware |
| Avion Assurance Ltd. | Bermuda |
| PMA Investment Subsidiary, Inc. | Delaware |
| SC Investment, Inc. | Delaware |

These representations are made in order that judges of this court may determine the need for recusal.

Dated: January 3, 2008                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Wayne A. Schrader
　　　　　　　　　　　　　　　　　　　　　Wayne A. Schrader (D.C. Bar No. 361111)
　　　　　　　　　　　　　　　　　　　　　GIBSON, DUNN & CRUTCHER LLP
　　　　　　　　　　　　　　　　　　　　　1050 Connecticut Avenue, N.W.
　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 955-8556
　　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 530-9592

　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants*
　　　　　　　　　　　　　　　　　　　　　AMR CORPORATION,
　　　　　　　　　　　　　　　　　　　　　AMERICAN AIRLINES, INC.,
　　　　　　　　　　　　　　　　　　　　　AMR EAGLE HOLDING CORPORATION, and
　　　　　　　　　　　　　　　　　　　　　KURT STACHE

**CERTIFICATE OF SERVICE**

I hereby certify that I caused copies of the Consent Motion for Extension of Time, Proposed Order, and LCvR 7.1 Certificate filed by AMR Corporation, American Airlines, Inc., AMR Eagle Holding Corporation, and Kurt Stache, to be transmitted on January 3, 2008 via certified mail and electronic mail to the *pro se* Plaintiffs at the following addresses:

> 2020-1/2 Second Street
> Eau Claire, WI 54703
>
> altruistic10@yahoo.com

Dated: January 3, 2008                    Respectfully submitted,

  /s/ Wayne A. Schrader
Wayne A. Schrader (D.C. Bar No. 361111)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8556
Facsimile: (202) 530-9592

*Counsel for Defendants*
AMR CORPORATION,
AMERICAN AIRLINES, INC.,
AMR EAGLE HOLDING CORPORATION, and
KURT STACHE