IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IVAN FICKEN, CIPRIAN IVANOF, and ISAIA IVANOF,<br><br>　　　　*Plaintiffs*,<br><br>v.<br><br>AMR CORPORATION, AMERICAN AIRLINES, INC., AMR EAGLE HOLDING CORPORATION, and KURT STACHE, each of whom has the address of 4333 Amon Carter Blvd., Fort Worth, Texas 76155, and BARRY ROBERTSON and LISA NORRIS,<br><br>　　　　*Defendants*. | No. 1:07cv02166 (RMU)<br><br>LCVR 7.1 CERTIFICATE |

## **LCvR 7.1 Certificate**

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for AMR Corporation, American Airlines, Inc., AMR Eagle Holding Corporation, and Kurt Stache, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of AMR Corporation, American Airlines, Inc., AMR Eagle Holding Corporation, or Kurt Stache, which have or may have any outstanding securities in the hands of the public:

| Parent Company, Subsidiary, or Affiliate | Jurisdiction of Incorporation |
|---|---|
| AMR Corporation | Delaware |
| American Airlines, Inc. | Delaware |
| AA 2002 Class C Certificate Corporation | Delaware |

| | |
|---|---|
| AA 2002 Class D Certificate Corporation | Delaware |
| AA 2003-1 Class C Certificate Corporation | Delaware |
| AA 2003-1 Class D Certificate Corporation | Delaware |
| AA 2004-1 Class B Note Corporation | Delaware |
| AA 2005-1 Class C Note Corporation | Delaware |
| AA Real Estate Holding GP LLC | Delaware |
| AA Real Estate Holding LP | Delaware |
| Admirals Club, Inc. | Massachusetts |
| AEROSAN S.A. | Chile |
| AEROSAN Airport Services S.A. | Chile |
| American Airlines de Mexico, S.A. | Mexico |
| American Airlines de Venezuela, S.A. | Venezuela |
| American Airlines Marketing Services LLC | Virginia |
| American Airlines Realty (NYC) Holdings, Inc. | New York |
| American Airlines Vacations LLC | Delaware |
| American Aviation Supply LLC | Delaware |
| Packcall Limited | United Kingdom |
| Reno Air, Inc. | Delaware |
| Texas Aero Engine Services, L.L.C, dba TAESL | Delaware |
| American Beacon Advisors, Inc. | Delaware |
| American Private Equity Management, LLC | Delaware |
| Americas Ground Services, Inc. | Delaware |
| Aerodespachos Colombia, S.A. AERCOL S.A. | Colombia |

| | |
|---|---|
| Caribbean Dispatch Services, Ltd. | St. Lucia |
| Dispatch Services 93, S.A. | Venezuela |
| American Airlines, Division de Servicios Aeroportuarios (R.D.), S.A. (DSA) | Dominican Republic |
| International Ground Services, S.A. de C.V. | Mexico |
| Servicio de Despacho, S.A. (Panama Dispatch Services Inc.) | Panama |
| Peru Dispatch S.A. | Peru |
| AMR Eagle Holding Corporation | Delaware |
| American Eagle Airlines, Inc. | Delaware |
| AMR Leasing Corporation | Delaware |
| Business Express Airlines, Inc. | Delaware |
| Eagle Aviation Services, Inc. | Delaware |
| Executive Airlines, Inc. | Delaware |
| Avion Assurance Ltd. | Bermuda |
| PMA Investment Subsidiary, Inc. | Delaware |
| SC Investment, Inc. | Delaware |

These representations are made in order that judges of this court may determine the need for recusal.

Dated: January 3, 2008                    Respectfully submitted,


  /s/ Wayne A. Schrader
Wayne A. Schrader (D.C. Bar No. 361111)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8556
Facsimile: (202) 530-9592

*Counsel for Defendants*
AMR CORPORATION,
AMERICAN AIRLINES, INC.,
AMR EAGLE HOLDING CORPORATION, and
KURT STACHE

4