UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JAN 29 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IVAN FICKEN, etal

    Plaintiffs

vs.                                                     Civil Action No. 07-2166 (RMU)

AMERICAN AIRLINES, INC., etal

    Defendants

### PLAINTIFFS' MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

Having not received any notice from the Court indicating a response time and being uncertain as to which Federal or Local Rule is applicable, in the event that Local Rule LCvR7(b) prescribing that a response be filed within 11 days has applicability, Plaintiffs request an enlargement of time within which to respond to Defendants' Motion to Dismiss.

While Plaintiffs have conducted extensive research since receiving Defendants' Motion to Dismiss, Plaintiffs' lack of having access to a physical law library or online legal research service, necessitating their reliance on less conventional and more time consuming public access resources to address the multiplicity of issues which Defendants raise in their Motion to Dismiss, coupled with other personal obligations during the last week since receiving Defendants' Motion to Dismiss, Plaintiffs find it necessary to

request an enlargement of time within which to respond to Defendants' Motion to Dismiss.

Plaintiffs have not had the opportunity to personally consult with Counsel for Defendants to verify whether they object to such an enlargement of time, but given basic principles of equity and that Counsel for Defendants had earlier requested Plaintiffs' consent for an extension of time within which to file their Motion to Dismiss, which Plaintiffs freely gave, Defendants should hardly be in a position to object to such an enlargement of time. Due to the complexity of defenses which Defendants raise in their Motion to Dismiss, all of which need to be appropriately addressed, and the inordinately difficult and time consuming research efforts of Plaintiffs not having access to proper legal research facilities, Plaintiffs request of the Court the maximum enlargement of time which the Court is capable of granting. Although more time than the following recommendations is felt necessary, Plaintiffs specifically ask for an enlargement of time to at least Feb. 20, 2008, and, in any event, at least a two week extension of time.

_____
Plaintiff Ivan Ficken, Individually

_____
Plaintiff Ivan Ficken, for and on behalf of his
adoptive son, Plaintiff Ciprian Ivanof, and C. Ivanof's
birth father, Plaintiff Isaia Ivanof

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

IVAN FICKEN, etal

       Plaintiffs

vs.                                                 Civil Action No. 07-2166 (RMU)

AMERICAN AIRLINES, INC., etal

       Defendants

_____

## ORDER

Upon consideration of Plaintiffs' Motion for an enlargement of time within which to file a response to Defendants' Motion to Dismiss, it is hereby

    ORDERED that Plaintiffs' Motion for an enlargement of time within which to file a response to Defendants' Motion to Dismiss is granted.  Plaintiffs shall file their response to Defendants' Motion to Dismiss not later than _____ (at a minimum, February 20, 2008).

                                                                   RICARDO M. URBINA
                                                                   United States District Judge

Dated: