IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IVAN FICKEN, CIPRIAN IVANOF, and ISAIA IVANOF,<br><br>*Plaintiffs*,<br><br>v.<br><br>AMR CORPORATION, AMERICAN AIRLINES, INC., AMR EAGLE HOLDING CORPORATION, and KURT STACHE, each of whom has the address of 4333 Amon Carter Blvd., Fort Worth, Texas 76155, and BARRY ROBERTSON and LISA NORRIS,<br><br>*Defendants*. | No. 1:07cv02166 (RMU)<br><br>NOTICE OF CONSENT TO PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME |

**NOTICE OF CONSENT TO PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME**

Defendants AMR Corporation, American Airlines, Inc., AMR Eagle Holding Corporation, and Kurt Stache[1] hereby consent to Plaintiffs' Motion for an Enlargement of Time within Which to Respond to Defendants' Motion to Dismiss, which was filed with the Court on January 29, 2008 and served on Moving Defendants on February 1, 2008. Mr. Ficken graciously consented to Moving Defendants' prior request for an extension of time, and their consent would have been readily given earlier had Mr. Ficken attempted to contact them.

Dated: February 4, 2008                               Respectfully submitted,

---

[1] Although Counsel for the Moving Defendants also represents Defendants Barry Robertson and Lisa Norris in this matter, neither Mr. Robertson nor Ms. Norris has been served with the Summons and Complaint. Accordingly, Mr. Robertson and Ms. Norris are not submitting any filing to the Court at this time.

/s/ Wayne A. Schrader
Wayne A. Schrader (D.C. Bar No. 361111)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8556
Facsimile: (202) 530-9592

*Counsel for Defendants*
AMR CORPORATION,
AMERICAN AIRLINES, INC.,
AMR EAGLE HOLDING CORPORATION, and
KURT STACHE

# CERTIFICATE OF SERVICE

I hereby certify that I caused copies of the attached Notice of Consent to Plaintiffs' Motion for an Extension of Time, filed by AMR Corporation, American Airlines, Inc., AMR Eagle Holding Corporation, and Kurt Stache, to be transmitted on February 4, 2008 via certified mail and electronic mail to the *pro se* Plaintiffs at the following addresses:

>  2020-1/2 Second Street
> Eau Claire, WI 54703
>
> altruistic10@yahoo.com

Dated: February 4, 2008          Respectfully submitted,

       /s/ Wayne A. Schrader
Wayne A. Schrader (D.C. Bar No. 361111)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8556
Facsimile: (202) 530-9592

*Counsel for Defendants*
AMR CORPORATION,
AMERICAN AIRLINES, INC.,
AMR EAGLE HOLDING CORPORATION, and
KURT STACHE